# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1961
_____

HERMAN WALLACE,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections, and WARDEN
MIDDLEBROOKS,

    Appellees.

_____

On appeal from the Circuit Court for Jackson County.
Ana M. Garcia, Judge.


November 21, 2025

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROWE and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Herman Wallace, pro se, Appellant.

Kelly R. Forren, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellees.